JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Freeman,<br><br>       Plaintiff,<br><br>   v.<br><br>Frisbie Management, Inc, et al,<br><br>       Defendant(s). | SACV 19-01969JVS(ADSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: November 27, 2019

                                              James V. Selna<br>                                      United States District Judge